CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 0 2008

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON,<br>    Plaintiff, | Civil Action No. 7:08-cv-00427 |
| v. | **FINAL ORDER** |
| GARY SPRINKLE, <u>et al.</u>,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced civil action, construed by the court as a petition for habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **FILED** <u>in</u> <u>forma</u> <u>pauperis</u>, but that the action is hereby **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, and that the action is hereby stricken from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of July, 2008.

/s/ Glen Conrad
United States District Judge